

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 27 2017
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 17-02 |
| v. | * | SECTION: "A" |
| HECTOR MATA JR. | * | VIOLATIONS: 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 841(b)(1)(D)<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 1512(c)(2) |

\* \* \*

## FACTUAL BASIS

The above-named defendant, **HECTOR MATA JR.**, has agreed to plead guilty as charged to Count One of the Indictment, in which he is charged with conspiracy to distribute and possess with the intent to distribute 500 grams or more of a cocaine, one hundred grams or more of heroin, and a quantity of marijuana, Count Three of the Indictment, in which he is charged with possessing a firearm during a drug trafficking crime, and Count Ten of the Indictment, in which he is charged with obstruction of justice. Should this matter have proceeded to trial, the United States of America would have proven beyond a reasonable doubt, through the introduction of relevant, competent, and admissible testimonial, physical and demonstrative evidence, the following facts to support the allegation against defendant **HECTOR MATA JR.**

Special Agents from the Department of Homeland Security, Homeland Security Investigations ("HSI") conducted a long-term drug trafficking investigation of which HECTOR MATA JR. was a target. That investigation revealed that HECTOR MATA JR. and FERNANDO

ORDONEZ were members of a cocaine and heroin trafficking organization with ties to the New Orleans metropolitan area.

On December 15, 2016, the Jefferson Parish Sheriff's Office ("JPSO") received information from a confidential informant ("CI-1") that an individual named Alfredo Sanchez would be delivering cocaine to 2077 Daniels Road, Suite F, Terrytown, Louisiana. Prior to Sanchez's arrival at that location, JPSO conducted an investigatory stop of Sanchez and observed the word "Tito" on Sanchez's cellular phone. The investigation had revealed that "Tito" was the nickname of **HECTOR MATA JR.**

JPSO Deputies later observed **HECTOR MATA JR.** parked in a black 2004 Mercedes at a Chevron gas station adjacent to 2077 Daniels Road, Terrytown, Louisiana. JPSO deputies approached the vehicle and smelled the odor of marijuana coming from the Mercedes. Ronisha Harrell, was also in the vehicle and started saying "fuck, fuck, fuck." **HECTOR MATA JR.** also appeared nervous and was shaking. **HECTOR MATA JR.** and Harrell was detained, and a canine sniff was conducted of the vehicle with positive results. JPSO deputies then searched the car, and found one still-burning marijuana cigarette, two unsmoked marijuana cigarettes, a number of electronic devices, including cellular phones, approximately 128 grams of cocaine, and one .40 caliber Smith and Wesson firearm with serial number HFB3958, loaded with 20 cartridges. $6,255 was seized from the trunk, $4,220 was seized from **HECTOR MATA JR.**'s wallet, and $433 was seized from his pants pocket. A field test confirmed the presence of cocaine.

Afterwards, Special Agents and TFO's from HSI obtained a federal search warrant for **HECTOR MATA JR.**'s house, located at 4157B Ames Ave., Marrero, Louisiana. In anticipation of the warrant, JPSO set up surveillance to freeze the location. The property is set up such that there is one structure, 4157A, adjacent to the street, and a long driveway leading to **HECTOR**

2

**MATA JR.**'s residence, 4157B. JPSO deputies observed individuals leaving from 4157B, Gerald Cazabon and Porifirio Cruz, and stopped them. They told JPSO deputies that they lived at 4157A and that **HECTOR MATA JR.** lived at 4157B. Cazabon and Cruz signed a consent form for 4157A. JPSO conducted a search of their residence and found several firearms and a small quantity of cocaine and marijuana.

JPSO deputies then knocked on the door to **HECTOR MATA JR.**'s residence to conduct a security sweep in anticipation of the warrant. JPSO hid behind Cabazon and Cruz (who JPSO instructed to stand at the door). **FERNANDO ORDONEZ** answered the door after removing a "dead man" security device from the front door. He was holding a burning marijuana cigarette when he opened the door, and JPSO arrested him. JPSO then conducted a security sweep and observed contraband and weapons, but did not conduct any searches.

After the federal warrant was issued, JPSO and HSI searched the residence and a detached garage. The following items were recovered from the kitchen: (1) approximately 59 grams of heroin; (2) 11 grams of cocaine base; (3) 14 grams and 22 cigarettes of marijuana; (4) drug paraphernalia, including digital scales, cutting agents, and plastic bags; (5) a revolver holster; (6) over 300 rounds of .38 caliber, 9mm, .223 caliber, and .40 caliber cartridges; and (7) .40 caliber magazines. JPSO recovered four 5.56 rifle magazines in the bathroom and one hydraulic press in the living room. Inside **FERNANDO ORDONEZ**'s bedroom, JPSO recovered a .38 caliber special Smith and Wesson Model GTC, Serial # K531014, loaded with 6 .38 caliber cartridges; and 2 grams of cocaine. Inside **HECTOR MATA JR.**'s bedroom, JPSO recovered one Olympic Arms .223 caliber assault rifle, Model MFR, Serial # SM5942, loaded with 41 .223 caliber cartridges. They also recovered 5 bottles of mannitol from inside a bag.

HSI and JPSO then searched the detached garage and found an upside down bucket on the

floor. Directly above the bucket, HSI recovered a black Nike bag in the rafters. Inside the bag was 1,310 grams of cocaine; 50.5 grams of heroin; 240 grams of marijuana; MDMA, and a number of pills. Field tests confirmed the presence of heroin, cocaine, and marijuana.

Detective Garnier from JPSO transported **HECTOR MATA JR.** from JPSO's detective bureau to the Jefferson Parish Correctional Center, as **HECTOR MATA JR.** was temporarily being booked on state charges before being charged federally. During the transport, **HECTOR MATA JR.** offered Det. Garnier $20,000 if the detective would drive him to the Mexican border and release him. Det. Garnier declined the offer. At the time, **HECTOR MATA JR.** had been interviewed by Special Agents from HSI, and therefore, knew that a federal investigation was pending at the time.

The investigation also revealed that **HECTOR MATA JR.** had traveled to Georgia on approximately two occasions. On one occasion, **HECTOR MATA JR.** and FERNANDO ORDONEZ met with a female individual in Georgia, and that female individual provided them with heroin, which was later transported back to the New Orleans area. On another occasion, FERNANDO ORDONEZ arranged for **HECTOR MATA JR.** to meet with the same female individual, and she provided **HECTOR MATA JR.** with heroin, which **HECTOR MATA JR.** again transported back to the New Orleans metropolitan area. In addition, the investigation revealed that FERNANDO ORDONEZ had previously personally supplied **HECTOR MATA JR.** with cocaine and heroin.

This proffer of evidence is not intended to constitute a complete statement of all facts known by **HECTOR MATA JR.** and described by **HECTOR MATA JR.** to the Government, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient



legal and factual basis for **HECTOR MATA JR.'s** plea of guilty to these crimes.

**READ AND APPROVED:**

_____   6/27/17
JONATHAN L. SHIH                 (Date)
Assistant United States Attorney

_____   6/27/17
JEFFREY HUFFT, ESQ.              (Date)
Attorney for Defendant

_____   6-27-17
HECTOR MATA JR.                  (Date)
Defendant